## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THE C. H. HANSON COMPANY ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 16-cv-4615 |
| ) | |
| JPW Industries, Inc. ) | **JURY TRIAL DEMANDED** |
| ) | |
| *Defendant* ) | |
| ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, The C. H. Hanson Company (CHH), files this Complaint for Patent Infringement against JPW Industries, Inc. (JPW), Defendant, alleges as follows:

## NATURE OF THE ACTION

1.      This is a civil action for patent infringement.  This action is based upon the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

## THE PARTIES

2.      Plaintiff CHH is an Illinois corporation having a principle place of business at 2000 North Aurora Road, Naperville, Illinois  60563.

3.      On information and belief, JPW is a Tennessee corporation having a principle place of business at 427 New Sanford Road, La Vergne, Tennessee  37086.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1337 and/or 1338 because this matter arises under the United States patent statutes for infringement of U.S. patents.

5.      This Court has personal jurisdiction over JPW because JPW has conducted and is conducting substantial business within this Judicial District, both generally and with regard to the allegations recited in this Complaint, and JPW has committed one or more acts of patent infringement within this District.

6.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1400(b), 1391(b) and/or 1391(c) because JPW is subject to personal jurisdiction in this District and because accused products are offered for sale within this District.

## THE PATENT

7.      On June 11, 2002 United States Design Patent Registration No. D458,617 (the '617 patent), entitled "BENCH GRINDER," duly issued.  (Ex. A.)

8.      CHH owns all rights, title and interest in and to the '617 patent and has the right to sue and recover for past, present and future infringement.

## THE ACCUSED PRODUCTS

9.      JPW has and continues to manufacture, use, import into the U.S., offer for sale, and/or sell bench grinders (the accused bench grinders) bearing the design claimed in the '617 patent.

10.     JPW sells the accused bench grinders under the "Jet" brand name, to include: Jet 8" Bench Grinder Model No. IBG-8 (Jet Stock No. 578008); Jet 10" Bench Grinder Model No. IBG-10 (Jet Stock No. 578010); and Jet 12" Bench Grinder Model No. IBG-12 (Jet Stock No. 578012).  (Ex. B.)

11.     JPW also sells each of the foregoing accused bench grinder models in combination with a dust collection stand, to respectively include: Jet 8" Bench Grinder Model No. IBG-8 with dust collection stand (Jet Stock No. 578108K); Jet 10" Bench Grinder Model

No. IBG-10 with dust collection stand (Jet Stock No. 578110K); and Jet 12" Bench Grinder Model No. IBG-12 with dust collection stand (Jet Stock No. 578112K). (Ex. C.)

12. JPW's "Jet" website indicates that accused bench grinders are offered for sale and are sold in the U.S. and within this District through various third party retailers: Jet 8" Bench Grinder Model No. IBG-8 (Jet Stock No. 578008); Jet 10" Bench Grinder Model No. IBG-10 (Jet Stock No. 578010); and Jet 12" Bench Grinder Model No. IBG-12 (Jet Stock No. 578012). (See Ex. D.)

13. The Jet website also indicates that accused bench grinder and stand combinations are also offered for sale and are sold in the U.S. and within this District through various third party retailers: Jet 8" Bench Grinder Model No. IBG-8 with dust collection stand (Jet Stock No. 578108K); Jet 10" Bench Grinder Model No. IBG-10 with dust collection stand (Jet Stock No. 578110K); and Jet 12" Bench Grinder Model No. IBG-12 with dust collection stand (Jet Stock No. 578112K). (See Ex. E.)

14. In using JPW's "Jet" website to locate a third party retailer within this District, a purchaser located within this District may purchase the accused bench grinders and/or accused bench grinder and dust collection stand combinations from that retailer. (Ex. F.)

15. Upon information and belief, upon that purchase and, JPW directly ships the accused product(s) to that retailer, (see Ex. G.), who in turn provides the accused product(s) to that purchaser.

16. A purchaser located within this District may also purchase the accused bench grinders and/or accused bench grinder and dust collection stand combinations directly through JPW's "Jet" website. (Ex. H.)

17.     Upon clicking the "Buy Online" button within the website, the purchaser is linked to a third party retailer from which the accused product(s) are purchased.  (E.g., Ex. I.)

18.     Upon information and belief, JPW directly ships the accused products to that third party retailer, who in turn provides the accused product(s) to that purchaser.

## COUNT I - INFRINGEMENT OF THE '617 PATENT

19.     Paragraphs 1 though 18 are incorporated by reference as fully stated herein.

20.     By manufacturing, importing, using, offering for sale and/or selling the accused bench grinders, JPW has infringed and is continuing to infringe the claim of the '617 patent in violation of 35 U.S.C. § 271.

21.     By reason of the ongoing and continuous infringement by JPW, CHH is entitled to injunctive relief pursuant to 35 U.S.C. § 283 to prevent any further infringement of CHH's patent rights and the associated harm resulting therefrom.

22.     CHH has suffered and is continuing to suffer damages as a result of JPW's infringement of the '617 patent.

23.     Pursuant to 35 U.S.C. §§ 284 and 289, CHH is thus entitled to compensation and other damages to the full extent of the law.

## REQUEST FOR RELIEF

CHH hereby requests that this Court:

A.     Enter a judgment that JPW has, by reason of the manufacture, use, importation, offer for sale and/or sale of the accused bench grinders, infringed the '617 patent in violation of 35 U.S.C. § 271.

B.     Award CHH damages to the full extent permitted by 35 U.S.C. § 284, to include prejudgment interest.

C.      Award CHH the total profits earned by JPW from the sale of the accused bench grinders pursuant to 35 U.S.C. § 289.

D.      Grant any further relief that this Court deems just and proper.

**Dated: April 25, 2016**              Respectfully Submitted,

/s/  David A. Gottardo
 David A. Gottardo (6269837)

Attorney for Plaintiff
David A. Gottardo, Attorney at Law
1817 Highland Drive
No. 64
Grafton, WI  53024-9998
Tel:    (708) 763-9526
Fax:    (708) 763-9527
email:  dgottardo@dgottardolaw.com

List of Exhibits

A.      U.S. Patent D458,617.

B.      JPW specification sheets illustrating accused 8" bench grinder (Jet Stock No. 578008); accused 10" bench grinder (Jet Stock No. 578010); and accused 12" bench grinder (Jet Stock No. 578012).

C      JPW specification sheets illustrating accused 8" bench grinder/dust collection stand combo (Jet Stock No. 578108K); accused 10" bench grinder/dust collection stand combo (Jet Stock No. 578110K); and accused 12" bench grinder/dust collection stand combo (Jet Stock No. 578012).

D.      JPW product dealer location sheets for accused 8" bench grinder (Jet Stock No. 578008); accused 10" bench grinder (Jet Stock No. 578010); and accused 12" bench grinder (Jet Stock No. 578012).

E.      JPW product dealer location sheets for accused 8" bench grinder/dust collection stand combo (Jet Stock No. 578108K); accused 10" bench grinder/dust collection stand combo (Jet Stock No. 578110K); and accused 12" bench grinder/dust collection stand combo (Jet Stock No. 578110K).

F.      Invoice for purchase of an accused bench grinder within thus District.

G.      Shipping label for delivery of accused product from JPW to this District.

H.      JPW website for purchasing accused 8" bench grinder (Jet Stock No. 578008), accused 10" bench grinder (Jet Stock No. 578010), accused 12" bench grinder (Jet Stock No. 578012), accused 8" bench grinder/dust collection stand combo (Jet Stock No. 578108K) accused 10" bench grinder/dust collection stand combo (Jet Stock No. 578110K) and accused 12" bench grinder/dust collection stand combo (Jet Stock No. 578112K) on-line.

I.      Sample on-line link to third party sellers of JPW's accused products.