# **EXHIBIT B**

# IBG-8, 8" INDUSTRIAL BENCH GRINDER

578008

Built to withstand the high volume demands of even the busiest shops. These high quality machines, grind, sharpen and smooth with equal precision and flawless results



## FEATURES

- Heavy duty capacitor motor
- Sealed bearings for maintenance free grinding
- CSA/CUS Certified
- Heavy duty construction for demanding environments
- Toggle switch with safety key
- OSHA Compliant
- Pre-drilled bases for mounting on stands or work benches
- Standard Equipment
- Adjustable safety shields
- Wheel dresser
- Adjustable tool rests
- Fine and coarse vitrified grinding wheels
- Single dust chute hose



### JET RED ASSURANCE 2-YEAR WARRANTY

JET warrants every product it sells. If one of our tools needs service or repair, one of our Authorized Service Centers located throughout the United States can give you quick service. In most cases, any of these JPW Industries Authorized Service Centers can authorize warranty repair, assist you in obtaining parts, or perform routine maintenance and major repair on your JET tools. For the name of an Authorized Service Center in your area call 1-800-274-6848.

**STAND BEHIND YOUR WORK™**  

550+ SERVICE CENTERS NATIONWIDE | INDUSTRY-LEADING WARRANTIES | EXPERT TECHNICAL SERVICE

# IBG-8, 8" INDUSTRIAL BENCH GRINDER

578008



## SPECIFICATIONS

| | |
|---|---|
| Shaft Diameter (In.) | 5/8 |
| Wheel Diameter (Dia. x W) (In.) | 8 x 1 |
| Wheel Speed (RPM) | 3,450 |
| Wheel Grits | 36, 60 |
| Dust Port Size (In.) | 2-1/2 |
| Motor (HP) | 1 HP, 115V, 1Ph |
| Overall Dimensions (L x W x H) (In.) | 21 x 13-3/4 x 14 |
| Weight (Lbs.) | 55 |



STAND BEHIND YOUR WORK™

550+ SERVICE CENTERS NATIONWIDE | INDUSTRY-LEADING WARRANTIES | EXPERT TECHNICAL SERVICE

# IBG-10, 10" INDUSTRIAL BENCH GRINDER

578010

Built to withstand the high volume demands of even the busiest shops. These high quality machines, grind, sharpen and smooth with equal precision and flawless results



## FEATURES

- Heavy duty capacitor motor
- Sealed bearings for maintenance free grinding
- CSA/CUS Certified
- Heavy duty construction for demanding environments
- Toggle switch with safety key
- OSHA Compliant
- Pre-drilled bases for mounting on stands or work benches
- Standard Equipment
- Adjustable safety shields
- Wheel dresser
- Adjustable tool rests
- Fine and coarse vitrified grinding wheels
- Single dust chute hose



### JET RED ASSURANCE 2-YEAR WARRANTY

JET warrants every product it sells. If one of our tools needs service or repair, one of our Authorized Service Centers located throughout the United States can give you quick service. In most cases, any of these JPW Industries Authorized Service Centers can authorize warranty repair, assist you in obtaining parts, or perform routine maintenance and major repair on your JET tools. For the name of an Authorized Service Center in your area call 1-800-274-6848.

**STAND BEHIND YOUR WORK™**



550+ SERVICE CENTERS NATIONWIDE | INDUSTRY-LEADING WARRANTIES | EXPERT TECHNICAL SERVICE

# IBG-10, 10" INDUSTRIAL BENCH GRINDER

578010



### SPECIFICATIONS

| | |
|---|---|
| Shaft Diameter (In.) | 1 |
| Wheel Diameter (Dia. x W) (In.) | 10 x 1 |
| Wheel Speed (RPM) | 1,720 |
| Wheel Grits | 36, 60 |
| Dust Port Size (In.) | 2-1/2 |
| Motor (HP) | 1-1/2 HP, 115V, 1Ph |
| Overall Dimensions (L x W x H) (In.) | 24 x 16-3/4 x 16 |
| Weight (Lbs.) | 110 |



STAND BEHIND YOUR WORK™

550+ SERVICE CENTERS NATIONWIDE | INDUSTRY-LEADING WARRANTIES | EXPERT TECHNICAL SERVICE

# IBG-12, 12" INDUSTRIAL BENCH GRINDER

578012

Built to withstand the high volume demands of even the busiest shops. These high quality machines, grind, sharpen and smooth with equal precision and flawless results



## FEATURES

- Heavy duty capacitor motor
- Sealed bearings for maintenance free grinding
- CSA/CUS Certified
- Heavy duty construction for demanding environments
- Low voltage protection
- OSHA Compliant
- Pre-drilled bases for mounting on stands or work benches
- Standard Equipment
- Adjustable safety shields
- Wheel dresser
- Adjustable tool rests
- Fine and coarse vitrified grinding wheels
- Single dust chute hose



### JET RED ASSURANCE 2-YEAR WARRANTY

JET warrants every product it sells. If one of our tools needs service or repair, one of our Authorized Service Centers located throughout the United States can give you quick service. In most cases, any of these JPW Industries Authorized Service Centers can authorize warranty repair, assist you in obtaining parts, or perform routine maintenance and major repair on your JET tools. For the name of an Authorized Service Center in your area call 1-800-274-6848.

STAND BEHIND YOUR WORK™ 

550+ SERVICE CENTERS NATIONWIDE | INDUSTRY-LEADING WARRANTIES | EXPERT TECHNICAL SERVICE

# IBG-12, 12" INDUSTRIAL BENCH GRINDER

578012



## SPECIFICATIONS

| | |
|---|---|
| Shaft Diameter (In.) | 1-1/4 |
| Wheel Diameter (Dia. x W) (In.) | 12 x 2 |
| Wheel Speed (RPM) | 1,720 |
| Wheel Grits | 36, 60 |
| Dust Port Size (In.) | 2-1/2 |
| Motor (HP) | 2 HP, 230V, 1Ph |
| Motor Amps | 10 |
| Overall Dimensions (L x W x H) (In.) | 27 x 18 x 18 |
| Weight (Lbs.) | 238 |



STAND BEHIND YOUR WORK™

550+ SERVICE CENTERS NATIONWIDE | INDUSTRY-LEADING WARRANTIES | EXPERT TECHNICAL SERVICE